IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Torregrosa, Carlos A

Printed: 4/1/08

Case Number: 07 B 10046
Judge: Squires, John H
Filed: 6/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: February 20, 2008
Confirmed: September 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,153.80 |  |
| Secured: |  | 2,189.53 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,739.98 |
| Trustee Fee: |  | 224.29 |
| Other Funds: |  | 0.00 |
| Totals: | 4,153.80 | 4,153.80 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 3,009.20 | 1,739.98 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 5. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 6. | Chase Bank | Secured | 0.00 | 0.00 |
| 7. | Banco Popular N America | Secured | 8,380.22 | 2,189.53 |
| 8. | ECast Settlement Corp | Unsecured | 78.50 | 0.00 |
| 9. | Target National Bank | Unsecured | 74.06 | 0.00 |
| 10. | B-Real LLC | Unsecured | 61.35 | 0.00 |
| 11. | Banco Popular N America | Unsecured | 437.85 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 40.97 | 0.00 |
| 13. | Harlem Furniture | Unsecured | 376.81 | 0.00 |
| 14. | Capital One | Unsecured | 45.48 | 0.00 |
| 15. | Nissan Motor Acceptance Corporation | Unsecured | 1,396.80 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 483.41 | 0.00 |
| 17. | GE Money Bank | Unsecured | 276.44 | 0.00 |
| 18. | Dell Financial Services, Inc | Unsecured | 199.07 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 50.26 | 0.00 |
| 20. | Chase Bank | Unsecured | 150.66 | 0.00 |
| 21. | Applied Card Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,061.08 | $ 3,929.51 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Torregrosa, Carlos A

Printed: 4/1/08

Case Number:  07 B 10046
Judge:  Squires, John H
Filed:  6/5/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 224.29 |
| | _____ |
| | $ 224.29 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

